UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

BARRY ARKIM

                                                        Plaintiff,

    **-v.-**

                                                    Civil Action No.
                                            9:09-cv-775 (GLS/ATB)

JOSEPH BELLNIER, *et al.*

                                                      Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                                OF COUNSEL:

**FOR THE PLAINTIFF:**

BARRY ARKIM
*Pro Se*
91-B-0146
Attica Correctional Facility
Box 149
Attica, New York 14011

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN     COLLEEN D. GALLIGAN, ESQ.
Attorney General of the State of     Assistant Attorney General
 State of New York
The Capitol
Albany, New York 12224


GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed March 5, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed March 5, 2014 (Dkt. No. 164) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No. 158) is GRANTED, and the complaint is DISMISSED IN ITS ENTIRETY AS TO ALL DEFENDANTS; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: March 28, 2014
        Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court